UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMUEL TRETO JR.,<br><br>  Defendant. | Case No. 23-CR-505-AGS<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On September 13, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of SAMUEL TRETO JR ("Defendant") in the 2008 Honda Civic, CA License Plate Number 9EEH694, VIN: 1HGCP36808A081063 and $78,010.00 U.S. Currency pursuant to Title 31, United States Code, Section 5317(c) and 5332(a)(1), (b)(2), and (c)(3).

For thirty (30) consecutive days ending on March 2, 2024, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the vehicle and U.S. Currency in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the

Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the vehicle and U.S. Currency.

There were no potential third parties known to the United States to have an interest in the forfeited vehicle and U.S. Currency. Therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited vehicle described above.

On or about April 24, 2023, $78,010.00 U.S. Currency was administratively forfeited by the Immigration and Customs Enforcement ("ICE") in uncontested proceedings, after notice to the Defendant and publication of notice to all potential parties in interest.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of SAMUEL TRETO JR and any and all third parties in the 2008 Honda Civic, CA License Plate Number 9EEH694, VIN: 1HGCP36808A081063 is hereby condemned, forfeited and vested in the United States of America pursuant to Title 31, United States Code, Section 5317(c) and 5332(a)(1), (b)(2), and (c)(3).

The Court reaffirms the completed administrative forfeiture proceedings as to the $78,010.00 U.S. Currency.

IT IS FURTHER ORDERED that the ICE shall dispose of the forfeited 2008 Honda Civic, CA License Plate Number 9EEH694, VIN: 1HGCP36808A081063 according to law.

DATED: 4/24/2024

Hon. Andrew G. Schopler
United States District Court Judge